Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>         v.<br><br>SHAUN MATTHEW REDDICK,<br><br>                   Defendant. | No.  6:16-MJ-0093-MJS<br><br>MOTION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

    The Unites States by and through its representative, Susan St. Vincent, legal officer for the National Park Service, hereby request the Initial Appearance in the above-captioned matter set for January 18, 2017 be continued to February 28, 2017 at 10:00 a.m. The matter was originally scheduled for an initial appearance on January 10, 2017, however, due to weather concerns in the Yosemite area, that appearance was continued to January 18, 2017.  The Defendant reached out to both the Legal Officer and the Federal Defender's Office to request a continuance to February 28, 2017, as he had arranged with family to assist with transportation for January 10, 2017 but was unable to

1

change those arrangements for February 18, 2017 due to work schedules.  The Defendant will be able to make necessary arrangements for transportation for February 28, 2017, and the parties are in agreement with this Motion to Continue.

Dated:  January 17, 2017                    /S/ Susan St. Vincent_____
                                                      Susan St. Vincent
                                                      Legal Officer
                                                      Yosemite National Park

**ORDER**

For good cause shown, the Court accepts and adopts the above Motion and ORDERS that the January 17, 2017 initial appearance for U.S. v. Reddick, case number 6:16-mj-0093-MJS, is hereby continued to February 28, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 17, 2017                    /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE