| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA SBN #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | SHAUN REDDICK |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00093-MJS |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO WITHDRAW MOTION,** |
| | ) | **VACATE EVIDENTIARY HEARING, AND** |
| vs. | ) | **SET FOR PLEA AND SENTENCING;** |
| | ) | **ORDER** |
| | ) | |
| SHAUN REDDICK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Shaun Reddick, that Mr. Reddick's July 28, 2017 motion to suppress be withdrawn, that the evidentiary hearing previously set for October 18, 2017, be vacated, and that the matter be set for plea and sentencing on October 19, 2017, at 10:00 a.m.

On December 21, 2016, the government charged Mr. Reddick in a five-count criminal complaint. On June 27, 2017, the defense indicated its intention to file a suppression motion, and a briefing schedule was set. On July 28, 2017, the defense filed its Notice of Motion and Motion to Suppress. The government filed its Opposition to Defendant's Motion to Suppress Evidence on July 28, 2017. An evidentiary hearing was set for October 11, 2017, and was subsequently moved to October 18, 2017.

The parties have reached an agreement as to an appropriate plea and sentence in this matter. Therefore, the defense is withdrawing its previously filed motion to suppress, the parties are requesting that the October 18, 2017 evidentiary hearing be vacated, and that the matter be set for plea and sentencing on October 19, 2017, at 10:00 a.m.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 12, 2017 /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 12, 2017 /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
SHAUN REDDICK

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 18, 2017 evidentiary hearing for Shaun Reddick, Case No. 6:16-mj-00093-MJS, is vacated, and the matter is set for plea and sentencing on October 19, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 12, 2017      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE