HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SHAUN REDDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00093-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| SHAUN REDDICK, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Shaun Reddick, that the hearing previously set for October 19, 2017, be vacated, and that the matter be set for plea and sentencing on November 29, 2017, at 10:00 a.m.

On October 12, 2017, this Court signed the parties' joint stipulation to withdraw the pending suppression motion, vacate the previously set evidentiary hearing, and set the matter for plea and sentencing on October 19, 2017, at 10:00 a.m. Subsequently, Mr. Reddick has been unable to secure transportation from Las Vegas, Nevada, to Yosemite National Park, for the October 19, 2017 hearing. As a result, the parties are requesting that the matter be continued until November 29, 2017, at 10:00 a.m. to provide Mr. Reddick with sufficient time to either arrange transportation from out-of-state or to request and make arrangements for a video

appearance.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  October 18, 2017          */s/ Susan St. Vincent*
                                 Susan St. Vincent
                                 Yosemite Legal Officer
                                 Attorney for Plaintiff

                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: October 18, 2017           */s/ Reed Grantham*
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SHAUN REDDICK

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 19, 2017 hearing for Shaun Reddick, Case No. 6:16-mj-00093-MJS, is vacated, and the matter is continued to November 29, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 19, 2017                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

Reddick – Stipulation to Continue               2