1   HEATHER E. WILLIAMS, CA SBN #122664
    Federal Defender
2   HOPE ALLEY, CA SBN #314109
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    SHAUN REDDICK
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. 6:16-mj-00093-MJS
                                        )
12              Plaintiff,              )   **REQUEST FOR RULE 43 WAIVER FOR**
                                        )   **PLEA AND SENTENCING; ORDER**
13   vs.                                )
                                        )   Hon.  Michael J. Seng
14   SHAUN REDDICK,                     )   Date: November 29, 2017
                                        )   Time: 10:00 a.m.
15              Defendant.              )
                                        )
16

17          Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Shaun Reddick, having been

18   advised of his right to be personally present at all stages of the proceedings, hereby requests that

19   this Court permit him to waive his right to personally appear for plea and sentencing at the

20   November 29, 2017 hearing and that he be allowed to appear by video from the United States

21   District Court in Los Angeles, California.  The Government has no objection to this request.

22   This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Reddick to appear by video

     for plea and sentencing.
23
            Mr. Reddick recently got a job in the San Fernando Valley and he is concerned that
24
     taking two to three days to appear in Yosemite will put his job in jeopardy.  Nonetheless, the
25
     parties have reached a resolution and are prepared to go forward with plea and sentencing on
26
     November 29, 2017 at 10 a.m.  Mr. Reddick respectfully requests that the Court grant a waiver
27
     of his right to be personally present and that he be permitted to appear via video from the United
28
     States District Court in Los Angeles, California, for purposes of plea and sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 22, 2017

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant

## O R D E R

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the November 29, 2017 change-of-plea hearing in Case No. 6:16-mj-00093-MJS, is **GRANTED** provided that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Los Angeles, California, and submit a fully executed and completed written plea Agreement to the Court at least two business days before the hearing.

IT IS SO ORDERED.

Dated:  November 22, 2017       /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

Reddick:  Rule 43 Waiver

2