HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SHAUN REDDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00093-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE AND SET** |
| vs. | ) **FOR PLEA AND SENTENCING; ORDER** |
| SHAUN REDDICK, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Shaun Reddick, that the Court continue the November 29, 2017 hearing to December 5, 2017 for plea and sentencing.

The parties have reached a resolution in this case, and they are prepared to proceed with a change of plea. Unfortunately, Mr. Reddick recently found employment in the San Fernando Valley and his new work schedule does not give him time to travel to the Los Angeles or the Yosemite courthouse this Wednesday, November 29, 2017. Rather than jeopardize Mr. Reddick's new employment, the parties request that his change of plea hearing be continued to December 5, 2017.

//

//

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 28, 2017            /s/ Susan St. Vincent
                                   Susan St. Vincent
                                   Yosemite Legal Officer
                                   Attorney for Plaintiff


                                   HEATHER E. WILLIAMS
                                   Federal Defender

Date: November 28, 2017            /s/ Hope Alley
                                   HOPE ALLEY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   SHAUN REDDICK

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 29, 2017 hearing for Shaun Reddick, Case No. 6:16-mj-00093-MJS, is continued to December 5, 2017, at 10:00 a.m. for plea and sentencing.

IT IS SO ORDERED.

   Dated:   November 28, 2017              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

Reddick: Stipulation to Continue