# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No.  6:16-mj-00093-MJS |
| SHAUN MATTHEW REDDICK | ) |
| | ) |
| *Defendant* | ) |

## PROBATION ORDER PURSUANT TO A DEFERRED JUDGMENT AGREEMENT
## BETWEEN THE PARTIES

**IT IS ORDERED:** The defendant is placed on probation as provided in the agreement between the parties for a period of 12 months, expiring on 2/2/2019, without a judgment of conviction first being entered.  The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. Appeal rights waived.


Date:  02/06/2018                                                            /s/ Michael J. Seng
                                                                                           **Michael J. Seng**
                                                                                           *United States Magistrate Judge*

**Conditions of Probation**

While on probation, you must also:

1. The Defendant shall pay a fine of $990.00 and a special assessment of $10.00 for a total financial obligation of $1000.00, to be paid at the rate of $100.00 a month with the first installment due 2/1/2018 and then every month thereafter by the 1st until paid in full, to be paid in full within the first 10 months of probation. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.
   2500 Tulare Street, Rm 1501
   Fresno, CA 93721

2. The Defendant is ordered to personally appear for a Probation Review Hearing on 1/8/2019 at 10:00 am before the Yosemite U.S. Magistrate Judge in Fresno CA.

3. The Defendant shall inform the Court and the Government, through Counsel, if represented of any citations within 7 days of being cited.

4. The Defendant shall attend AA/NA (or comparable with approval from the Court and the Government), 2 times a week for 12 months of probation.  File sworn proof of attendance every 3 months within 15 days of the end of each 3 month period, to the Court and Government Officer, through Counsel, if represented.