HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SHAUN MATTHEW REDDICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00093-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND PROBATION AND CONTINUE REVIEW HEARING; ORDER** |
| vs. | |
| SHAUN MATTHEW REDDICK, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Shaun Matthew Reddick, that Mr. Reddick's term of unsupervised probation be extended to expire on April 2, 2019, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to February 26, 2019.

It is anticipated that Mr. Reddick will need to be present at his review hearing as Yosemite Legal Officer Susan St. Vincent is preparing an Affidavit of Probation Violations, however, he will be out of the state until the middle of February. Because his probation ends on February 2, the parties wish to extend probation and reset the review hearing. The parties agree that the fine payment will continue to be due on January 8, 2019.

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 28, 2018          /s/ Jeffrey Spivak
                                 JEFFREY SPIVAK
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

Date: December 28, 2018          /s/ Hope Alley
                                 HOPE ALLEY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 SHAUN MATTHEW REDDICK


**O R D E R**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the January 7, 2019 review hearing for Shaun Matthew Reddick, Case No. 6:16-mj-00093-JDP, is continued to February 26, 2019 at 10:00 a.m. Mr. Reddick's probation is extended to April 2, 2019.

IT IS SO ORDERED.

Dated:   January 3, 2019                  _____
                                          UNITED STATES MAGISTRATE JUDGE

Reddick: Stipulation to Continue and Extend Probation